UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RANDY MILLS | ) |
| | ) |
| v. | ) No. 1:05-00083 |
| | ) JUDGE HAYNES |
| RICKY BELL, WARDEN | ) |

## ORDER

In this cause, upon application of petitioner, the Tennessee Department of Corrections is required to transport petitioner Randy Mills to Room A859, United States Courthouse for the Middle District of Tennessee, 8th and Broadway, Nashville, Tennessee at 9:00 a.m. for a hearing on Friday, February 22, 2008, at 10:00 a.m.

IT IS SO ORDERED BY THE COURT, this _19th_ day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge

Approved for Entry:

JUDE T. LENAHAN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing Order with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Andrew Hamilton Smith**, Assistant Attorney General, P.O. Box 20207, Nashville, Tennessee 37202.

/s/ Jude T. Lenahan
JUDE T. LENAHAN