IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDY MILLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 1:05-00083 |
| v. ) | JUDGE HAYNES |
| ) | |
| RICKY BELL, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The evidentiary hearing is reset in this action for **Friday, March 28, 2008 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 12th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge